UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
-------------------------------------------------

*Van Cleef v Arpels*

v

*Goldstein Jewellers*

                                                 X
-------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 3007 SAS( KNF

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          MAY 20, 2008

                                    _____
                                    United States District Judge

*September would be best*