JUL-11-2008  13:41        KALOW & SPRINGUT LLP.                      212 813 9600    P.002/002

# KALOW & SPRINGUT LLP
ATTORNEYS AT LAW

488 MADISON AVENUE · NEW YORK, NY 10022
212 813-1600 · FAX 212 813-9600 · INFO@CREATIVITY-LAW.COM

**VIA FACSIMILE**
July 11, 2008

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

RECEIVED Tal S. Benschar
CHAMBERS tal@creativity-law.com

JUL    2008

JUDGE SCHEINDLIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

Re:    *Van Cleef & Arpels Logistics, S.A., et al. v. Goldstein Jewelers*
       Civil Action No. 07-CV-1290 (SAS)    08 Civ. 3007 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs in the above action. We write to request a Court conference with respect to the scheduling of Defendants' depositions. These depositions were first noticed for June 6, 2008. Defendants twice adjourned them, first to June 30th then to July 14th. We were informed earlier today by counsel that Defendants do not intend to appear on Monday as scheduled. Defendants have proffered medical excuses, which have turned out to be unsubstantiated.

The current situation is untenable. Without assistance from the Court, we do not see how these depositions can be scheduled. We will accordingly request the Court to set the depositions for a date certain, and to warn Defendants that sanctions will be entered for failure to appear.

Respectfully Submitted,

KALOW & SPRINGUT LLP

Tal S. Benschar

cc:    Kalpana Nagampalli, Esq. (via facsimile)

*Plaintiffs' request is granted.*
*A conference is hereby*
*scheduled for*
*July 23, 2008; at*
*4:30 p.m.*

*SO ORDERED.*

Date: July 11, 200x

Shira A. Scheindlin
USDJ

178221.1

TOTAL P.002